

Mark M. Makhail
Partner

T. 973-639-2092
F. 973-624-7070

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

March 25, 2026

**VIA ECF**

Hon. J. Brendan Day, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Taiho Pharmaceutical Company, Ltd. et al. v. Squires, et al.***
        **Civil Action No. 25-17280**

Dear Judge Day:

We, along with McDermott, Will & Schulte and DLA Piper, represent Plaintiffs in the above-captioned matter.  We are writing on behalf and with the consent of all parties to provide a joint status update.

The Parties are pleased to report that they have reached agreement that the records for judicial review are complete and that they intend to proceed with summary judgment as previously ordered. (ECF No. 12 § B).

We thank the Court for its consideration and remain available to answer any questions it may have.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Mahail

cc: All Counsel of Record (Via CM/ECF)

ME1\60440645.v1